USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

UNITED STATES OF AMERICA

    -against-

ROBERT GONZALEZ

                         Defendant.

---------------------------------------------------------------- X

20-CR-508 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant appeared for an arraignment in this matter on October 8, 2020;

WHEREAS on October 8, 2020, Defendant pled not guilty;

IT IS HEREBY ORDERED that:

1. The Government must produce all discovery by **October 16, 2020**.

2. The parties are directed to appear for a status conference on **November 5, 2020 at 11:00 a.m.**

3. In light of the logistical difficulties created by the COVID-19 pandemic, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of time between October 8, 2020 and November 5, 2020, is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by accommodating those logistical difficulties outweigh the Defendant's and the public's interests in a speedy trial.

**SO ORDERED.**

Date: October 8, 2020
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**