**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

October 29, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **United States v. Robert Gonzalez**
     **20 Cr. 508 (VEC)**

Dear Judge Caproni,

    I write to respectfully request that the Court adjourn the conference currently scheduled for November 5, 2020 for approximately two weeks. The government, by Assistant United States Attorney Brandon Harper, has no objection to this request.

    The Court scheduled this conference with the understanding that the government would turn over discovery and the defense would have an opportunity to review it and make a decision regarding possible motions in this case. The government turned over discovery to undersigned counsel as scheduled, and made efforts to deliver the same to Mr. Gonzalez. Unfortunately, to date, Mr. Gonzalez has not yet received it. The parties are working together with the Essex County Correctional Facility to rectify this problem and hope that this requested adjournment will enable us to complete our discovery review.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Gonzalez
212-417-8729

**SO ORDERED:**

_____
**HONORABLE VALERIE E. CAPRONI**

cc:  Brandon Harper, Assistant United States Attorney

> Application GRANTED. The status conference is adjourned to **November 19, 2020 at 4:00 p.m.** No later than close of business on **November 4, 2020**, the parties must submit a letter indicating whether Mr. Gonzalez has received the discovery and if not, explaining (i) why he has not and (ii) what steps are being taken to ensure he receives the discovery materials. In light of the logistical difficulties created by the COVID-19 pandemic, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of time between November 5, 2020 and November 19, 2020, is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by accommodating those logistical difficulties outweigh the Defendant's and the public's interests in a speedy trial.

SO ORDERED.

*[signature]*           10/29/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE