```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :    20-CR-508 (VEC)
          -against-                   :
                                      :         ORDER
                                      :
ROBERT GONZALEZ                       :
                                      :
                    Defendant.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 16, 2020, Defendant filed a motion to dismiss the indictment (Dkt. 15);

WHEREAS on November 19, 2020, a status conference was held;

IT IS HEREBY ORDERED:

1. The Government's response to Defendant's motion to dismiss is due **January 4, 2021**. Defendant's reply is due **January 19, 2021**.

2. Pretrial motions are due **February 1, 2021**, with the Government's responses due **February 15, 2021**, and Defendant's replies, if any, due **February 22, 2021.**

**SO ORDERED.**

Date: November 19, 2020
      New York, NY

_____
          **VALERIE CAPRONI**
      **United States District Judge**