USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA

      -against-

ROBERT GONZALEZ

                               Defendant.
------------------------------------------------------------ X

20-CR-508 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 16, 2020, Defendant filed a motion to dismiss the indictment (Dkt. 15);

IT IS HEREBY ORDERED:

1. Oral argument on Defendant's motion will be held on **July 15, 2021 at 10:00 a.m.** The hearing will take place **in person** at 40 Foley Square in Courtroom 443. The Court reminds the parties to review the relevant standing orders regarding courthouse entry and to comply with the requirement to wear either (i) one disposable mask underneath a cloth mask with the edges of the inner mask pushed against the face; or (ii) one properly-fitted, FDA-authorized KN95 (or N95) mask. Gaiters, bandannas, and masks with valves are not permitted. Members of the public may attend by dialing (888) 363-4749, using the access code 3121171, and the security code 0508. Any recording or retransmission of the hearing is prohibited.

2. The Court understands time to be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D), but for the avoidance of doubt, in light of the logistical difficulties created by the COVID-19 pandemic, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of time between May 12, 2021 and July 15, 2021, is excluded under the Speedy Trial Act.

The Court finds that the ends of justice served by accommodating those logistical difficulties outweigh the Defendant's and the public's interests in a speedy trial.

**SO ORDERED.**

Date: May 13, 2021
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**