USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA              :

                                    :        20-CR-508 (VEC)
       -against-                  :

                                    :          <u>ORDER</u>

ROBERT GONZALEZ                     :

                        Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS oral argument is scheduled for July 15, 2021 at 10:00 a.m.

IT IS HEREBY ORDERED THAT:

1. Due to a scheduling conflict, oral argument is adjourned to **July 22, 2021 at 2:00 p.m.** The hearing will take place **in person** at 40 Foley Square in Courtroom 443. In light of the new SDNY protocols for non-trial proceedings, Defense counsel must inform the Court not later than 3 business days prior to the proceeding whether the attorney and the Defendant have been fully vaccinated against COVID-19; the prosecutor must similarly inform the Court whether he or she has been vaccinated on the same time schedule. This notification can be through an email to Chambers.

2. Members of the public may attend by dialing (888) 363-4749, using the access code 3121171, and the security code 0508. Any recording or retransmission of the hearing is prohibited.

3. In light of the logistical difficulties created by the COVID-19 pandemic, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of time between June 18, 2021 and July 22, 2021, is excluded under the Speedy Trial Act. The Court finds that the ends of justice

served by accommodating those logistical difficulties outweigh the Defendant's and the public's interests in a speedy trial.

**SO ORDERED.**

**Date: June 18, 2021**
     **New York, NY**

           _____
           **VALERIE CAPRONI**
           **United States District Judge**