**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 29, 2021

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2021

Re:   **United States v. Robert Gonzalez**
      **20 Cr. 508 (VEC)**

Dear Judge Caproni,

    I write to inform the Court that Mr. Gonzalez intends to change his plea to guilty in the above-captioned case. We ask the Court to schedule a change of plea conference at its convenience (Mr. Gonzalez is housed at Essex County and wishes to appear in person for the plea).

    In addition, given that we anticipate a disposition of this matter, the parties ask the Court to stay the motions *in limine* deadlines until the day after newly-scheduled conference, as we expect that no such litigation will be necessary.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Gonzalez
212-417-8729

---

Application GRANTED. A change of plea hearing is scheduled for **October 21, 2021 at 11:30 a.m.** The hearing will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

Members of the public may attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 0508. Any recording of the hearing is strictly prohibited.

The deadline for motions in limine is stayed until **October 22, 2021.**

SO ORDERED.

*Valerie Caproni*                9/29/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE