USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA         :

                                           :      20-CR-508 (VEC)
         -against-                   :

                                           :        <u>ORDER</u>

   ROBERT GONZALEZ,                :

                         Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 21, 2021, Defendant appeared for a change-of-plea hearing and entered a plea of guilty;

      IT IS HEREBY ORDERED THAT:  Defendant's sentencing will be held on **February 7, 2022 at 10:30 a.m.** in Courtroom 443.  Sentencing submissions are due **January 24, 2022**.  Members of the public may attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 0508.  Any recording of the hearing is strictly prohibited.

      The parties are reminded that, per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

**SO ORDERED.**

Date:  October 21, 2021
          New York, NY

                                                        **VALERIE CAPRONI**
                                                       **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.