```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                                    :       20-CR-508 (VEC)
     -against-                                    :
                                                    :            ORDER
                                                    :
ROBERT GONZALEZ,                          :
                                                    :
                        Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Mr. Gonzalez is incarcerated at the Essex County Correctional Facility ("the Jail");

       WHEREAS, at a hearing on October 21, 2021, Mr. Gonzalez indicated to the Court that he had requested COVID-19 vaccination and is currently on the Jail's waiting list for a vaccine; and

       WHEREAS the Court contacted the Jail, which indicated that it had no record of Mr. Gonzalez having requested vaccination;

       The Court recommends that Mr. Gonzalez consult with the Jail's medical unit and, again, request COVID-19 vaccination.

       IT IS FURTHER ORDERED that counsel for Mr. Gonzalez is directed to inform the Court by **November 30, 2021**, whether Mr. Gonzalez has been vaccinated. If not, the Court will order the Jail to vaccinate Mr. Gonzalez, per his indication in Court of his wish to be vaccinated.

**SO ORDERED.**

Date:  October 22, 2021
       New York, NY

                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**